*(Supreme Court, General Term, Second Department.  February 11, 1889.)*

No opinion.  Judgment affirmed, with costs.

---

COLLYER *v.* COLLYER.

*(Supreme Court, General Term, Second Department.  February 11, 1889.)*

Motion denied, with $10 costs.   See 3 N. Y. Supp. 310.

---

FLINT *v.* KNIGHT.

*(Supreme Court, General Term, Second Department.  February 11, 1889.)*

No opinion.  Appeal dismissed and judgment affirmed, with costs, for non-submission according to stipulation.

---

GILLEN, Appellant, *v.* TUCKER & CARTER CORDAGE Co., Respondent.

*(Supreme Court, General Term, Second Department.  February 11, 1889.)*

No opinion.  Judgment affirmed, with costs.

---

*In re* POST.

*(Supreme Court, General Term, Second Department.  February 11, 1889.)*

No opinion.  Ordered that it be referred to Seaman Miller, to take proof and report the facts with the testimony in relation to the petition and answer.

---

BARNES *v.* SMITH.

*(Supreme Court, General Term, Third Department.  February 21, 1889.)*

No opinion.  Motion for reargument denied.

---

CASSAGNE *v.* OSTRANDER.

*(Supreme Court, General Term, Third Department.  February 21, 1889.)*

No opinion.  Motion to go to court of appeals denied.   See 3 N. Y. Supp. 844.

---

*In re* COMMISSIONER OF HIGHWAYS.

*(Supreme Court, General Term, Third Department.  February 21, 1889.)*

No opinion.  Motion to correct by giving costs as in judgment granted.

---

COYKENDALL, Appellant, *v.* CONSTABLE *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.  February 21, 1889.)*

No opinion.  Order affirmed, with $10 costs and printing disbursements.

---

CROSBY *et al.*, Respondents, *v.* DELAWARE & H. CANAL Co., Appellant.

*(Supreme Court, General Term, Third Department.  February 21, 1889.)*

No opinion.  Motion to amend denied, with $10 costs.